**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA          :

vs.                               :  CRIMINAL NO.: 23-CR-000157-JB

KALAIJHA TOMECO RAINER LEWIS  :

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge Sonja F. Bivins and without any objection having been filed by the parties, the plea of guilty of the Defendant KALAIJHA TOMECO RAINER LEWIS to Counts One and Four of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **January 2, 2024 at 1:30 p.m. in Courtroom 4A** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this 18th day of October 2023.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE